FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 13 1998
JAMES W McCORMACK, CLERK
By: [signature]
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DARREY LYNN HART
ADC #109970 PLAINTIFF

V. NO. B-C-98-11

HUNT, et al DEFENDANTS

JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a), that any appeal taken from its order and this judgment would be frivolous and not taken in good faith.

IT IS SO ORDERED this 13 day of Oct, 1998.

[signature]
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON DOCKET SHEET IN COMPLIANCE WITH RULE 58 AND/OR 79(a) FRCP ON 10/14/98 BY [initials]



27

bt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

October 14, 1998

* * MAILING CERTIFICATE OF CLERK * *

Re: 1:98-cv-00011.

True and correct copies of the attached were mailed by the clerk to the following:

Alan R. Humphries, Esq.
Humphries & Lewis
918 West Fifth Avenue
Post Office Box 9068
Pine Bluff, AR 71611-9068

Darrey Lynn Hart
DDU
Delta Regional Unit
ADC 109970
880 East Gaines
Dermott, AR 71638-9505

appeal pkg mailed

cc: Press & Post

James W. McCormack, Clerk

Date: 10/14/98

BY: [signature]